01
02
03
04
05
06                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
07                                    AT SEATTLE

08  ALYSSA A. ARNOLD,                      )
                                           )
09                  Plaintiff,             )   CASE NO. C10-1643-RAJ
                                           )
10          v.                             )
                                           )   ORDER AFFIRMING
11  MICHAEL J. ASTRUE, Commissioner of     )   COMMISSIONER
    Social Security,                       )
12                                         )
                    Defendant.             )
13  _____)

14      The court has reviewed the entire record, including the Administrative Record, the

15  memoranda of the parties, and the Report and Recommendation (Dkt. # 17) of United States

16  Magistrate Judge Mary Alice Theiler.   The court notes that Plaintiff did not object to the

17  Report and Recommendation.   The court orders as follows.

18      (1)     The Court adopts the Report and Recommendation;

19      (2)     The Court AFFIRMS the decision of the Commissioner;

20      (3)     The court directs the clerk to enter judgment for the Commissioner; and

21  //

22  //

ORDER AFFIRMING COMMISSIONER
PAGE -1

01       (4)     The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

02   DATED this 1st day of July, 2011.

                                                  /s/ Richard A. Jones

                                                The Honorable Richard A. Jones
                                                United States District Judge

ORDER AFFIRMING COMMISSIONER
PAGE -2